In The United States District Court
For The Middle District of Pennsylvania

Joseph T. Smith 76280-083, Plaintiff
U.S.P. Allenwood
P.O. Box 3000
White Deer, PA 17887

3:18-cv-1471
Case Number

VS.

Civil Complaint

Theodore D. Bruns
Claire G. Cardwell
(Defendants)

FILED
SCRANTON
JUL 25 2018
PER _____
DEPUTY CLERK

To Be Filed Under: ____ 42 U.S.C. §1983 - State Officials
                     ✓  28 U.S.C. §1331 - Federal Officials

## I. Previous Lawsuits

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

n/a

## II. Exhaustion of Administrative Remedies

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ yes ____ no

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ____ yes ✓ no

C. If your answer to "B" is Yes:
  1. What steps did you take?    N/A
  2. What was the result?    N/A
D. If your answer to "B" is NO, explain why not: Administrative remedies do not apply to this instant action and the Defendants named.

## III. Defendants

(1) Name of first defendant: Theodore D. Bruns
   Employed as: Attorney   at Blackburn, Conte, Sheilling and Click, P.C.
   Mailing address: 300 West Main Street Richmond, VA 23220
(2) Name of second defendant: Claire G. Cardwell
   Employed as: Attorney   at Stone, Cardwell, Dinkin, PLC
   Mailing address: 101 Shockoe Slip, Suite K Richmond, VA 23219

## IV. Statement of Claim

1. On November 12, 2013 the defendants in this instant complaint filed with an attorney for the Government a Joint Declaration in response to Plaintiff's claims of ineffective assistance of counsel. The attorney for the Government submitted the Joint Declaration with the Government's Response In Opposition To Petitioner's Motion under § 2255 in order to substantiate the Government's claims and to refute, I, the Petitioner's claims. The Joint Declaration submitted by the Defendant's in this instant complaint contained numerous untruthful statements and were supported by deliberately altered documents. As a direct result, the Government with the assistance of the defendants in this instant complaint effectively denied, I, the petitioner from gaining post-conviction relief and intentionally undermined the fairness of the post-conviction procedures; deliberately violating my 5th, 6th, 8th, and 14th Amendment Rights. The U.S. District Court denied my motion under 28 U.S.C. § 2255 on November 19, 2015 followed by the U.S.C.A. For The Fourth Circuit on July 25, 2016.

## V. Relief

1. A declaratory judgement on my claims that my 5th, 6th, 8th, and 14th Amendment Rights have been violated and resulted in a complete

miscarriage of justice inconsistent with the rudimentary demands of fair procedures; and undue suffering. Compensatory damages in the amount of $1,000,000.00 U.S. dollars jointly and/or separately.

2. Punitive damages in the amount of $1,000,000.00 U.S. dollars A Jury Trial Demand and Appointment of Counsel to represent Petitioner in the instant complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of July, 2018.

*Joseph T. Smith*
Joseph T. Smith, Plaintiff

INMATE NAME/NUMBER: Joseph Smith 76230-083
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD U.S.P.
P.O. BOX 3000
WHITE DEER, PA 17887

RECEIVED JUL 23 2018 SCRANTON
PER _____ DEPUTY CLERK

Mailed From US Penitentiary

Legal Mail

Office Of The Clerk
U.S. District Court
235 North Washington Ave.
P.O. Box 1148
Scranton, PA 18501-1148

